Celeste K. Miller (ISB No. 2590)
Chas. F. McDevitt (ISB No. 835)
Dean J. Miller (ISB No. 1968)
McDEVITT & MILLER LLP
420 West Bannock Street
P.O. Box 2564-83701
Boise, ID 83702
Tel: 208.343.7500
Fax: 208.336.6912
ck@mcdevitt-miller.com
joe@mcdevitt-miller.com
chas@mcdevitt-miller.com

Howard Holderness (CA Bar No. 169814) (Admitted *Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1740 /415.442.1000
Fax: 415.442.1001
www.morganlewis.com

*Attorneys for Scott Paul*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JH KELLY, LLC a Washington limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TIANWEI NEW ENERGY HOLDINGS CO., LTD., a People's Republic of China company, TAO (MIKE) ZHANG, WEI XIA, SCOTT PAUL, DAYI (SEAN LIU, AND DOES 1-10,<br><br>Defendants, | Case No. 13-cv-00368-BLW<br><br>**SCOTT PAUL'S MOTION TO DISMISS AMENDED COMPLAINT** |

COMES NOW Defendant Scott Paul by and through counsel, Celeste K. Miller, McDevitt & Miller, LLP, and Howard Holderness, Morgan, Lewis & Bockius, LLP, and moves under and pursuant to Fed. R. Civ. P. 8, 9 (b), and 12 (b) (1), (2), (4), (5) and (6) for dismissal of

**SCOTT PAUL'S MOTION TO DISMISS AMENDED COMPLAINT–1**

the Amended Complaint in the captioned matter for lack of subject matter jurisdiction, lack of personal jurisdiction (including ineffective service of process) and failure to state a claim upon which relief could be granted.

Without waiving these assertions, Defendant Scott Paul reserves his right to assert at a later time any and all defenses and affirmative defenses to the claims alleged against him in Plaintiff's Amended Complaint, including, but not limited to: (1) Ineffective service of process; (2) Plaintiff's claims are barred by estoppel; (3) Plaintiff has unclean hands; (4) Other parties are or may be liable for any liability that Defendant Scott Paul may be found to owe Plaintiff; (5) Defendant Scott Paul acted in good faith at all relevant times; (6) Defendant Scott Paul was acting only in his corporate capacity at all relevant times and not in his personal capacity at any relevant time; and (7) Plaintiff's damages, if any, were caused by its own conduct and/or its failure to mitigate damages;

This motion is supported by a Memorandum in Support of Defendant Scott Paul's Motion to Dismiss Amended Complaint.

DATED THIS 21st day of May 2014.

**MCDEVITT & MILLER LLP**

By: /s/ Celeste K. Miller
Celeste K. Miller
Attorneys for Defendant Scott Paul

**MORGAN, LEWIS & BOCKIUS LLP**

By: /s/ Howard Holderness
Howard Holderness
Attorneys for Defendant Scott Paul

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of May, 2014, I filed the foregoing document electronically through the CM/ECF System, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Craig R. Yabui,** cry@elamburke.com

**Joseph N. Pirtle,** jnp@elamburke.com

**William G. Dryden,** wgd@elamburke.com

**Howard Holderness,** hholderness@morganlewis.com; cgreenblatt@morganlewis.com

**Jack S. Gjording,** jgjording@gfidaholaw.com, cfouser@gfidaholaw.com, jhall@gfidaholaw.com, jsmith@gfidaholaw.com, ktonkin@gfidaholaw.com, lloyd@gfidaholaw.com

**Kelly Alfred Cameron,** kcameron@perkinscoie.com, docketboi@perkinscoie.com, shellylee@perkinscoie.com

**Michael O Roe,** mor@moffatt.com, ccb@moffatt.com, ecf@moffatt.com, mjm@moffatt.com, moffattthomas@hotmail.com, tmh@moffatt.com

**Stephen C. Hardesty,** shardesty@perkinscoie.com, lstacy@perkinscoie.com

                        **MCDEVITT & MILLER LLP**

                        By: /s/ Celeste K. Miller
                        Celeste K. Miller
                        Attorneys for Defendant Scott Paul